IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL BULLOCK, an individual, | Case No.: 3:23-cv-03041-CJW-KEM |
| Plaintiff, | |
| vs. | |
| JESSICA DOE and JOHN DOES I-XX, | **[PROPOSED] ORDER** |
| Defendants *in personam*, | |
| - and - | |
| 119,873.29 U.S. DOLLAR COIN and 119,873 TETHER VIRTUAL CURRENCY, | |
| Defendants *in rem*, | |
| - and - | |
| BAM MANAGEMENT US HOLDINGS INC., BAM TRADING SERVICES, INC. d/b/a Binance.US, PAYWARD VENTURES, INC. d/b/a Kraken; CIRCLE INTERNET FINANCIAL, LLC d/b/a Circle; and TETHER OPERATIONS LIMITED d/b/a Tether, | |
| Relief Parties and Garnishees. | |

**[PROPOSED] ORDER DISMISSING RELIEF PARTY
PAYWARD VENTURES D/B/A KRAKEN**

This Court has reviewed the Joint Motion of Plaintiff and Relief Party Payward Ventures, Inc. d/b/a Kraken ("Kraken"), and accepts the stipulation entered into by those parties. It is therefore ORDERED that Kraken only is dismissed from this action with prejudice.

It is FURTHER ORDERED that Kraken is struck from Plaintiff's Emergency *Ex-Parte* Motion for a Temporary Restraining Order and Preliminary Injunction pursuant to FRCP 65 ("Plaintiff's Motion"). As such, Kraken need not attend the November 3, 2023 hearing at 3:00 p.m. on Plaintiff's Motion ("the Hearing").

All other relief parties which are the subject of Plaintiff's Motion shall attend the Hearing.

DATED:

                                            ORDERED

                                            _____