IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL BULLOCK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JESSICA DOE and JOHN DOES I-XX,<br><br>Defendants *in personam*,<br><br>- and -<br><br>119,873.29 U.S. DOLLAR COIN and 119,873 TETHER VIRTUAL CURRENCY,<br><br>Defendants *in rem*,<br><br>- and -<br><br>BAM MANAGEMENT US HOLDINGS INC., BAM TRADING SERVICES, INC. d/b/a Binance.US, PAYWARD VENTURES, INC. d/b/a Kraken; CIRCLE INTERNET FINANCIAL, LLC d/b/a Circle; and TETHER OPERATIONS LIMITED d/b/a Tether,<br><br>Relief Parties and Garnishees. | Case No.: 3:23-cv-03041-CJW-KEM<br><br>**Plaintiff's Rule 41 Notice<br>As to Payward Ventures, Inc. Only** |

### PLAINTIFF'S RULE 41 NOTICE DISMISSING RELIEF PARTY PAYWARD VENTURES, INC. D/B/A KRAKEN ONLY

Pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, and stipulation between the parties, Plaintiff Michael Bullock hereby gives notice that Relief Party Payward Ventures, Inc. d/b/a Kraken ("Kraken") **only** is voluntarily dismissed from this action. Kraken has not served an

answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of Kraken only from this action with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

DATED 3 November 2023

Respectfully submitted,

HARDING LAW OFFICES

/*s/ Joseph R. Casey*
Joseph R. Casey, Esq. (AT0014276)
1217 Army Post Road
Des Moines, Iowa 50315-5596
Telephone: (515) 287-1454
Facsimile: (515) 287-1442
joe@iowalegal.com
ATTORNEYS FOR PLAINTIFF

*Original filed electronically.*

*Copies to all counsel of record via CM/ECF.*

2 of 2

Case 3:23-cv-03041-CJW-KEM   Document 16   Filed 11/03/23   Page 2 of 2