IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL BULLOCK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JESSICA DOE and JOHN DOES I-XX,<br><br>Defendants *in personam*,<br><br>- and -<br><br>119,873.29 U.S. DOLLAR COIN and 119,873 TETHER VIRTUAL CURRENCY,<br><br>Defendants *in rem*,<br><br>- and -<br><br>BAM MANAGEMENT US HOLDINGS INC., BAM TRADING SERVICES, INC. d/b/a Binance.US, PAYWARD VENTURES, INC. d/b/a Kraken; CIRCLE INTERNET FINANCIAL, LLC d/b/a Circle; and TETHER OPERATIONS LIMITED d/b/a Tether,<br><br>Relief Parties and Garnishees. | Case No.: 3:23-cv-03041-CJW-KEM<br><br><br><br>**Plaintiff's Rule 41 Notice as to BAM Management US Holdings INC and BAM Trading Services, Inc. Only** |

## PLAINTIFF'S RULE 41 NOTICE DISMISSING RELIEF PARTIES
## BAM MANAGEMENT US HOLDINGS INC. AND
## BAM TRADING SERVICES, INC. d/b/a BINANCE.US ONLY

Pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, and having reviewed the

Declaration of Marissa Miller, Plaintiff Michael Bullock hereby gives notice that Relief Parties

BAM Management US Holdings Inc. and BAM Trading Services, Inc. (collectively "Binance")

<u>only</u> is voluntarily dismissed from this action. Binance has not served an answer or motion for

Case 3:23-cv-03041-CJW-KEM   Document 32   Filed 11/27/23   Page 1 of 2

summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of Binance

only from this action.  *See* Fed. R. Civ. P. 41(a)(1)(B).

      DATED 27 November 2023

                             Respectfully submitted,

                             HARDING LAW OFFICES

                             */s/ Joseph R. Casey*
                             Joseph R. Casey, Esq. (AT0014276)
                             1217 Army Post Road
                             Des Moines, Iowa 50315-5596
                             Telephone: (515) 287-1454
                             Facsimile: (515) 287-1442
                             joe@iowalegal.com
                             ATTORNEYS FOR PLAINTIFF

*Original filed electronically.*

*Copies to all counsel of record via CM/ECF.*