IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL BULLOCK, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> JESSICA DOE and JOHN DOES I-XX, <br><br> Defendants *in personam*, <br><br> - and - <br><br> 119,873.29 U.S. DOLLAR COIN and 119,873 TETHER VIRTUAL CURRENCY, <br><br> Defendants *in rem*, <br><br> - and - <br><br> BAM MANAGEMENT US HOLDINGS INC., BAM TRADING SERVICES, INC. d/b/a Binance.US, PAYWARD VENTURES, INC. d/b/a Kraken; CIRCLE INTERNET FINANCIAL, LLC d/b/a Circle; and TETHER OPERATIONS LIMITED d/b/a Tether, <br><br> Relief Parties and Garnishees. | Case No.: 3:23-cv-03041-CJW-KEM <br><br><br> **Plaintiff's Rule 41 Notice as to Tether Operations Limited d/b/a Tether Only** |

## PLAINTIFF'S RULE 41 NOTICE DISMISSING RELIEF PARTY TETHER OPERATIONS LIMITED D/B/A TETHER ONLY

Pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, and stipulation between the parties, Plaintiff Michael Bullock hereby gives notice that Relief Party Tether Operations Limited d/b/a Tether ("Tether") **only** is voluntarily dismissed from this action. Tether has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices

voluntary dismissal of Tether only from this action without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

      DATED 18 December 2023

                              Respectfully submitted,

                              HARDING LAW OFFICES

                              /*s/ Joseph R. Casey*
                              Joseph R. Casey, Esq. (AT0014276)
                              1217 Army Post Road
                              Des Moines, Iowa 50315-5596
                              Telephone: (515) 287-1454
                              Facsimile: (515) 287-1442
                              joe@iowalegal.com
                              ATTORNEYS FOR PLAINTIFF

*Original filed electronically.*

*Copies to all counsel of record via CM/ECF.*