IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL ALLEN BULLOCK,<br><br>　　Plaintiff,<br><br>vs.<br><br>JESSICA DOE, JOHN DOES I-XX, and 119,873.29 U.S. DOLLAR COIN and 119,873 TETHER VIRTUAL CURRENCY,<br><br>　　Defendants. | No. 23-CV-3041-CJW-KEM<br><br>**ORDER** |

_____

Plaintiff moves to extend the deadline to submit a proposed scheduling order and discovery plan and requests the court set a June 28, 2024 deadline to file a status report based on the pending status of the case. Doc. 65. The scheduling order deadline has been previously extended. Docs. 52, 58, and 64. The court finds the reasons provided in the motion establish good cause to extend the deadline and to set a status report deadline.

The court **GRANTS** Plaintiff's motion for extension (Doc. 65) and **extends** the deadline to submit a proposed scheduling order and discovery plan to **July 31, 2024**. Plaintiff must file a status report by **June 28, 2024**, to update the court on the potential Arizona enforcement action.

**SO ORDERED** on May 20, 2024.

_Kelly K.E. Mahoney_
Kelly K.E. Mahoney
Chief United States Magistrate Judge
Northern District of Iowa