IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| MICHAEL ALLEN BULLOCK, | |
|---|---|
| Plaintiff, | No. 23-CV-3041 CJW-KEM |
| vs. | **ORDER** |
| JESSICA DOE, et al., | |

Defendants BAM Management US Holdings Inc., and BAM Trading Services, Inc., were previously terminated from this action pursuant to Plaintiff's voluntary dismissal Rule 41 Notice. Doc. 32. Attorney Kevin J. Visser now asks the court to grant his withdrawal so that he no longer receives electronic notifications of filings in this case.

The court **GRANTS** the Motion to Withdraw as Counsel (Doc. 66) and directs the Clerk of Court to terminate Mr. Visser as an attorney in this case.

**SO ORDERED** on May 21, 2024.

Kelly K.E. Mahoney
Chief United States Magistrate Judge
Northern District of Iowa