IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL BULLOCK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JESSICA DOE AND JOHN DOES I-XX,<br><br>Defendants *in personam*,<br><br>- and -<br><br>119,873.29 U.S. DOLLAR COIN and 119,873 TETHER VIRTUAL CURRENCY,<br><br>Defendants *in rem*. | Case No.: 3:23-cv-03041-CJW-KEM<br><br>**DECLARATION OF JOSEPH R. CASEY** |

I, Joseph R. Casey, declare under penalty of perjury as follows:

1. I am above the age of majority, of sound mind and make this declaration based upon my own personal knowledge, or if so identified, upon my own information and belief.

2. I am an attorney licensed to practice in the State of Iowa. I practice law at Harding Law Offices in Des Moines. I am one of the attorneys who has been involved in and responsible for the representation of Plaintiff in the above-captioned matter.

3. On October 19, 2023, Plaintiff filed his Complaint naming Jessica Doe and John Does I-XX as Defendants, with claims against them of Conversion, Racketeering, Negligent Infliction of Emotional Distress, Fraudulent Misrepresentation, Voidable Transactions and Aiding and Abetting Tortious Conduct related to stolen cryptocurrency. (Dkt. #1 Complaint).

4. On December 5, 2023, the Summons, Verified Complaint with Exhibits, Court Order Authorizing Alternative Service Via NFT and Website Publication, with Exhibits, Motions for

Alternative Service and TRO, with Exhibits, Two Orders granting extensions of the same TRO and scheduling a hearing on a Permanent Injunction, and Briefs in Support of Motions for Alternate Service and TRO were served upon Defendants Jessica Doe and John Does I-XX, as yet unidentified individuals (The Does). (Dkt. #43 Proof of Service Affidavit).

5. The method of service authorized by the Court was by means of a Non-Fungible Token (NFT) and via website posting pursuant to the Court's Order Granting Alternate Service. (Dkt. #42 Order incorporating Dkt. #41-7). The service NFTs were served to the various Ethereum addresses identified in Plaintiff's motion. (Dkt. #39 Motion p. 4-5).

6. Pursuant to Fed. R. Civ. P. 6 and 12, The Does were required to file an answer or otherwise respond to the Complaint on or before December 26, 2023.

7. Defendants have not filed or served an answer or motion pursuant to Fed. R. Civ. P. 12. Consequently, pursuant to Fed. R. Civ. P. 55(a), Plaintiff requests that the default of The Does be entered on the record, with damages to be calculated at a hearing.

8. Plaintiff is informed and believes that The Does are not infants or incompetent persons.

9. Plaintiff is informed and believes that the Service members Civil Relief Act does not apply.

10. I declare, under penalty of perjury, that the foregoing is true and correct to the best of my belief and knowledge.

DATED: 8 July 2024

Joseph R. Casey